No. 11-6031. Barry Henderson, Petitioner v. United States.

565 U.S. 927, 132 S. Ct. 363, 181 L. Ed. 2d 230, 2011 U.S. LEXIS 6953.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 405 Fed. Appx. 775.

No. 11-6032. Israel Hernandez-Hernandez, Petitioner v. United States.

565 U.S. 927, 132 S. Ct. 363, 181 L. Ed. 2d 230, 2011 U.S. LEXIS 6939.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 409 Fed. Appx. 719.

No. 11-6033. Rasheed Hargrove, Petitioner v. United States.

565 U.S. 927, 132 S. Ct. 363, 181 L. Ed. 2d 230, 2011 U.S. LEXIS 6841.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 11-6034. Anthony Flowers, Petitioner v. United States.

565 U.S. 927, 132 S. Ct. 363, 181 L. Ed. 2d 230, 2011 U.S. LEXIS 7107.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 11-6037. David Graham, Jr., Petitioner v. United States.

565 U.S. 927, 132 S. Ct. 363, 181 L. Ed. 2d 230, 2011 U.S. LEXIS 6849.

October 3, 2011. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 12 A.3d 1159.

No. 11-6048. Frankie L. Smith, Petitioner v. United States.

565 U.S. 927, 132 S. Ct. 363, 181 L. Ed. 2d 230, 2011 U.S. LEXIS 7128,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 416 Fed. Appx. 850.

No. 11-6049. Robert Earl Rush, Petitioner v. United States.

565 U.S. 928, 132 S. Ct. 364, 181 L. Ed. 2d 230, 2011 U.S. LEXIS 7018.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 11-6056. James L. Wheeler, Petitioner v. United States.

565 U.S. 928, 132 S. Ct. 364, 181 L. Ed. 2d 230, 2011 U.S. LEXIS 6903.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.